**STATE of Missouri, Respondent,**

v.

**Arthur N. WELCH, Appellant.**

**No. ED 103896**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**

Filed: January 10, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 28, 2017

Application for Transfer Denied
May 2, 2017

Christian E. Lehmberg, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Arthur N. Welch appeals the judgment entered on a jury verdict convicting him of one count of possession of a controlled substance and one count of possession of drug paraphernalia. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).